UNITED STATES DISTRICT COURT

For the Western District of Wisconsin

FILED/REC'D
2026 FEB 23 A 11: 35
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

------------------------------------------------------------

Anthony Mills

Plaintiff

v.                                      Complaint

                                        Case No.   26-cv-143-jdp

Arlene Bluth

Defendant

------------------------------------------------------------

1. Defendant conspired with individuals in depriving due process rights, Defendant failed to dismiss 100269/2023, causing unreasonable cost to the parties,

2. This Court has jurisdiction under federal law,

3. Plaintiff demands jury trial and $1 Million against Defendant.

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Executed on: 2/1/26